[No. 23165-4-II.   Division Two.   March 23, 2001.]

*In the Matter of the Guardianship of* MICHAEL MERIWETHER.

Appeal from a judgment of the Superior Court for Thurston County, No. 80-4-00090-4, Christine A. Pomeroy, J., entered March 13, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 24880-8-II.   Division Two.   March 23, 2001.]

GREGORY LAWRENCE STARYPAN, *Respondent,* v. METROPOLITAN PARK DISTRICT OF TACOMA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-11698-3, Grant L. Anderson, J., entered July 6, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J.; Houghton, J., dissenting.

[No. 25137-0-II.   Division Two.   March 23, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY CAMERON SALAZ, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00678-7, Don L. McCulloch, J., entered September 28, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 25266-0-II.   Division Two.   March 23, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. AARON D. WIEDMAN *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-8-01251-5, Terry D. Sebring, J., entered October 29, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Morgan, J.